JOHN WRIGHT, Respondent, v. KENYON PAPER COMPANY et al., Appellants, Impleaded with Others.

*Wright* v. *Kenyon Paper Co.*, 121 App. Div. 894, affirmed.
(Argued October 20, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages arising from the flooding of lands alleged to have been occasioned by the placing of flush-boards on a dam.

*Le Roy B. Williams* for appellants.

*William L. Barnum* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.